# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br>       Plaintiff(s), <br> vs. <br> LAKE VALLEY ESTATES ASSOCIATION, et al., <br>       Defendant(s). | Case No. 2:16-cv-01781-JCM-NJK <br> ORDER <br><br> (Docket No. 24) |

Pending before the Court is the parties' stipulation to stay the instant case for 60 days due to Defendant Alessi & Koenig, LLC's bankruptcy. Docket No. 24. The parties wish to stay all litigation deadlines. *Id.* at 2. The bankruptcy stay, however, applies solely to Defendant Alessi & Koenig. Moreover, the parties fail to address the relevant standards for a stay. *See, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936). Accordingly, the parties' stipulation to stay, Docket No. 24, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 22, 2017

                                                    NANCY J. KOPPE <br>
                                                  United States Magistrate Judge