UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> LAKE VALLEY ESTATES ASSOCIATION, et al., <br><br> Defendants. | Case No. 2:16-cv-01781-JCM-NJK <br><br> ORDER |

Presently before the court is the matter of *Bank of America, N.A. v. Lake Valley Estates Association et al*, case no. 2:16-cv-01781-JCM-NJK.

On March 8, 2017, Magistrate Judge Koppe granted the parties' stipulation to stay the instant proceedings. (ECF No. 27). The stay was based in part on the pending petitions for certiorari in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, case no. 2:13-cv-00649-JCM-GWF, and *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5, 388 P.3d 970 (Nev. 2017). (ECF No. 27). The stay was also based in part on the bankruptcy of defendant Alessi and Koenig. *See* (ECF No. 27) ("the parties request a temporary stay until the parties can obtain permission from the Alessi Bankruptcy trustee to proceed against the non-debtor parties). The United States Supreme Court has since denied the aforementioned petitions for certiorari. The court orders the parties to file a joint status report indicating the status of the case and the continuing need for a stay of proceedings.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED THIS 23rd day of April, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE