# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

LAKE VALLEY ESTATES ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-01781-JCM-NJK

**Order**

[Docket Nos. 35, 36]

In light of the parties' joint filing, Docket No. 36, the Court hereby **LIFTS** the stay in this case.

With respect to the parties' proposed schedule moving forward, they essentially want to restart the clock. *Compare* Local Rule 26-1(b)(1) (establishing presumptively reasonable discovery period of 180 days) *with* Docket No. 35 at 2 (seeking a discovery period of 180 days from prefiling conference). This request fails to take into account the roughly three months during which discovery was open prior to entry of the order staying the case. *Compare* Docket No. 21 at 2 (Rule 26(f) conference was held on December 19, 2016) *with* Docket No. 27 (staying case on March 8, 2017). Indeed, the deadline to amend the pleadings expired prior to entry of the stay, *see* Docket No. 21 at 2, so it is unclear why it should be revived at this point.

//

//

//

1

Accordingly, the discovery plan is **DENIED**. No later than May 17, 2018, the parties shall file an amended discovery plan providing deadlines that reflect the limited time left in discovery when the case was stayed or, alternatively, shall explain why more time is needed.

IT IS SO ORDERED.

Dated: May 10, 2018

_____
Nancy J. Koppe
United States Magistrate Judge