ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE VALLEY ESTATES ASSOCIATION; ASSET MANAGEMENT SERVICE ENTERPRISES, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:16-cv-01781-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and defendants Lake Valley Estates Association and Asset Management Services Enterprises, LLC, by and through their counsel of record, being the

45309901;1

only parties to have appeared in this action, hereby stipulate and agree to dismiss this action with prejudice pursuant to NRCP 41(a)(1)(ii). Each party shall bear its own costs and fees.

DATED this 24th day of July, 2018.

| **AKERMAN LLP** | **JK LEGAL CONSULTING, LLC** |
|---|---|
| */s/ Jamie K. Combs* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No.8276 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff* | */s/ Jared Kahn* <br> JARED KAHN, ESQ. <br> Nevada Bar No. 12603 <br> 9205 West Russell Rd., #240 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Asset Management Service Enterprise LLC* |
| **LAKE VALLEY ESTATES ASSOCIATION** <br><br> */s/ Elizabeth B. Lowell* <br> JAMES W. PENGILLY, ESQ. <br> Nevada Bar No. 6085 <br> ELIZABETH B. LOWELL, ESQ. <br> Nevada Bar No. 8551 <br> 1995 Village Cetner Cir., Suite 190 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Lake Valley Estates Association* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 26, 2018

45309901;1